Stacey D. Adams, Esq. (NJ Bar #022481998)
Emily Freeman David, Esq. (NJ Bar #121862014)
**LITTLER MENDELSON, P.C.**
A Professional Corporation
One Newark Center, Eighth Floor
Newark, New Jersey  07102
973.848.4700
Attorneys for Defendant *Gardner P. Dunnan*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.S.,<br><br>                Plaintiff,<br><br>vs.<br><br>DALTON SCHOOLS, INC. and GARDNER P. DUNNAN,<br><br>                Defendants. | **Civil Action No. 2:18-cv-10258 (CCC)(SCM)**<br><br>**DEFENDANT GARDNER P. DUNNAN'S NOTICE OF MOTION TO TRANSFER VENUE**<br><br>*__Electronically Filed__*<br><br>**ORAL ARGUMENT REQUESTED** |

TO:    **Alexander Goldenberg, Esq.**
         **CUTI HECKER WANG LLP**
         **305 Broadway – Suite 607**
         **New York, New York 10007**
         **Attorneys for Plaintiff**

         **Elior D. Shiloh, Esq.**
         **Lewis Brisbois Bisgaard & Smith LLP**
         **77 Water Street – Suite 2100**
         **New York, New York 10005**
         **Attorneys for Defendant Dalton Schools, Inc.**

**COUNSEL:**

    **PLEASE TAKE NOTICE** that on November 19, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Gardner P. Dunnan ("Mr. Dunnan"),  by and through his counsel, Littler Mendelson, P.C. (Stacey D. Adams, Esq., appearing), shall move before the United States District Court for the District of New Jersey, for an Order, pursuant to 28 U.S.C. § 1404(a) granting its Motion to Transfer Venue of this Case to the United States District Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, at the aforesaid time and place, Mr. Dunnan will rely upon the accompanying Memorandum of Law in Support of his Motion to Transfer the Case to the United States District Court for the Southern District of New York, which are being filed and served simultaneously herewith, and all other pleadings and matters of record filed in this case.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Mr. Dunnan requests oral argument.

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant Gardner P. Dunnan

Dated:  October 12, 2018                    By: _/s/ Stacey D. Adams_
                                                     Stacey D. Adams

FIRMWIDE:158523732.1 099568.1001

2